# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GUY SIMS )<br>)<br>) | Case No. 1:20-cr-47<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Susan K. Lee |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One and Count Two of the two-count Indictment; (2) accept Defendant's guilty plea as to Count One and Count Two of the Indictment; (3) adjudicate the Defendant guilty of Count One and Count Two of the Indictment; (4) order that Defendant remain in custody until sentencing in this matter (Doc. 32). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 32) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One and Count Two of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One and Count Two of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Two of the Indictment; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 22, 2021 at 9:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**
